462

BUCK v. OOMS, Commissioner of Patents.
No. 9273.

United States Court of Appeals
District of Columbia.

Argued Jan. 22, 1947.

Decided Feb. 3, 1947.

Mr. Charles M. Buck, appellant, pro se.

Mr. E. L. Reynolds, United States Patent Office, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Associate Justices.

PER CURIAM.

In this suit under R.S. § 4915, 35 U.S. C. § 63, 35 U.S.C.A. § 63, appellant seeks a patent on a supposed method and means for generating power. The device consists essentially of a combination of a motor-driven pump, an arrangement of pipes somewhat similar to a syphon, a motor operated by water which flows through the pipes, and a pulley operated by this latter motor. Unless the device can deliver more power at the pulley than is supplied to it by the motor that drives the pump, which is impossible, it can serve no useful purpose. The claims were therefore rightly rejected.

Affirmed.